Jeffrey J. Jarvi
ABA No. 9711063
310 W. Dickerson St.
Bozeman, MT 59715
Tel.: (907) 952-5205
Email: jeffreyjarvi@me.com

Laura J. Eakes
ABA No. 0011072
Law Office of Laura J. Eakes
604 W. Second Ave.
Anchorage, AK 99501
Tel.: (907) 240-0255
Email: laura@eakeslaw.com

## IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

### THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| CHRIS KEEN, <br><br> Plaintiff, <br><br> vs. <br><br> MUNICIPALITY OF ANCHORAGE , <br><br> Defendant. | <br><br><br><br><br><br> Case No. 3AN-25-_____ CI |

## **COMPLAINT**

COMES NOW Chris Keen, by and through his above counsel of record, and for his Complaint alleges and pleads as follows:

1.    Plaintiff Chris Keen is a citizen of the State of Alaska, residing in the Third Judicial District at all relevant times.

2.    Defendant Municipality of Anchorage is a political subdivision of the State of Alaska located in the Third Judicial District. The Anchorage Fire Department is an agency of defendant Municipality of Anchorage.

3.    This Court has jurisdiction under AS 22.10.020.

4.     Venue is proper in the Third Judicial District under AS 22.10.030 and Alaska Rule of Civil Procedure 3.

5.     At all relevant times to this Complaint, Keen was an employee of the Municipality of Anchorage working as a firefighter/EMT at different ranks in the Anchorage Fire Department.  At the time of his recent retirement from the Anchorage Fire Department, Keen held the rank of captain in the Anchorage Fire Department.

6.     At all relevant times to this Complaint, Keen was also a member of either the Alaska Air National Guard or Air Force Reserve holding different ranks.  At the time of his recent retirement from the Anchorage Fire Department, Keen held the rank of lieutenant colonel in the Alaska Air National Guard.

7.     The roles, responsibilities, and duties associated with Keen's military service required time away from his civilian employment with the Anchorage Fire Department.

8.     Keen actively sought promotion to higher ranks within the Anchorage Fire Department.  Keen, however, faced disadvantages to promotion to higher ranks in the Department because his military service would conflict with regularly scheduled civilian work, training, professional development, qualification/certification courses, promotional testing preparation, and/or promotional testing opportunities.

9.     In the context of promotional opportunities within the Anchorage Fire Department, it was conveyed to Keen that his association with the Guard/Reserve made him an unreliable employee at the Department and that his promotion to higher ranks would only make scheduling and staffing (back-filling) for his position during an absence from civilian work due to his military service more challenging for the Department.

10.     Anchorage Fire Department management personnel suggested to Keen that it would be best for all if he just retired from the Department given alleged challenges associated with balancing his military service obligations with his civilian employment at the Department.

11.     Keen was issued a letter of counseling from Anchorage Fire Department management conveying that it believed Keen's performance at work was subpar due to his absences from his civilian employment because of his military service obligations.

12.     Keen's military service was a motivating and/or contributing factor in Keen receiving a letter of counseling from Anchorage Fire Department management that blemished his employment record and harmed his employment reputation at the Department.

13.     Keen complained to the Anchorage Fire Department on multiple occasions that it was wrong for the Department to discriminate against him because of his military service.

14.     The Anchorage Fire Department was displeased and dismayed when Keen filed a complaint with the U.S. Department of Labor regarding the negative treatment he received at the Department due to his military service.

15.     The Anchorage Fire Department discriminated and retaliated against Keen after he attempted to exercise rights and protections afforded to him as a military service member.

16.     Keen's military service was a motivating and/or contributing factor in Keen not being promoted to higher ranks within the Anchorage Fire Department even though he was a qualified employee for such promotions to higher ranks with greater responsibilities and greater pay.

COMPLAINT
*Keen v. Municipality of Anchorage*, Case No. 3AN-25-_____ CI
Page 3 of 5

Case 3:25-cv-00162-SLG     Document 1-1     Filed 07/29/25     Page 3 of 5
MOA Exhibit A
Page 3 of 6

17.     The Anchorage Fire Department was resistant to offering reasonable accommodations for Keen's time away from the Department's work operations, training, professional development, qualification/certification courses, promotional testing preparation, and/or promotional testing opportunities for Department employees.

18.     Keen suffered harm to his work reputation in his employment at the Anchorage Fire Department due to its management wrongly placing his military service in a negative light and as negatively affecting his work performance at the Department.

19.     Keen suffered financial harm in the form of lost wages and lost retirement benefits because his military service was a motivating and/or contributing factor in him not being promoted to higher ranks in the Department with greater responsibilities and greater pay.

20.     The Municipality of Anchorage and the Anchorage Fire Department contractually agreed that they would not hold conflicting military service and duties against military service members working in the ranks of the Department.

21.     Anchorage Fire Department management personnel either knew or should have known that it was wrong to hold conflicting military service obligations and duties against military service members working in the ranks of the Department.

22.     The Municipality of Anchorage was negligent, grossly negligent and/or reckless in failing to ensure that AFD personnel and employees did not hold conflicting military service obligations and duties against military service members working in the ranks of the Department.

23.     As result of Defendant's conduct, Keen suffered compensatory damages in the form of both economic and non-economic damages, including but not limited to, failure to promote to higher ranks in his civilian employment with greater responsibilities

COMPLAINT
*Keen v. Municipality of Anchorage*, Case No. 3AN-25-_____ CI
Page 4 of 5

Case 3:25-cv-00162-SLG     Document 1-1     Filed 07/29/25     Page 4 of 6
MOA Exhibit A
Page 4 of 6

and greater pay, lost wages, lost retirement benefits, damage to his reputation in his civilian employment at the Department, inconvenience, and mental anguish.

WHEREFORE, Keen prays for the following relief:

A. The Municipality of Anchorage and its Anchorage Fire Department end all employment practices that discriminate against military service members in the ranks;

B. Compensatory damages in an amount to be proven at trial;

C. All rights and remedies available under the Collective Bargaining Agreements applicable to Keen's civilian employment as a firefighter/EMT;

D. All rights and remedies available under AS 39.90.100 *et seq.*;

E. All rights and remedies available under 38 U.S.C. § 4301 *et seq.*;

F. Interest, attorney's fees, and costs as allowed by law; and

G. Any other relief that is proper, just, and equitable on the facts alleged above and/or discovered in the course of litigation.

DATED this 17th day of July, 2025.

_____
Jeffrey J. Jarvi, ABA No. 9711063

_____
Laura J. Eakes, ABA No. 0011072

COMPLAINT
*Keen v. Municipality of Anchorage*, Case No. 3AN-25-_____ CI
Page 5 of 5

Case 3:25-cv-00162-SLG    Document 1-1    Filed 07/29/25    Page 5 of 6
MOA Exhibit A
Page 5 of 6

Jeffrey J. Jarvi
ABA No. 9711063
310 W. Dickerson St.
Bozeman, MT 59715
Tel.: (907) 952-5205
Email: jeffreyjarvi@me.com

Laura J. Eakes
ABA No. 0011072
Law Office of Laura J. Eakes
604 W. Second Ave.
Anchorage, AK 99501
Tel.: (907) 240-0255
Email: laura@eakeslaw.com

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

| | |
|---|---|
| CHRIS KEEN, | |
|      Plaintiff, | |
| vs. | |
| MUNICIPALITY OF ANCHORAGE , | |
|     Defendant. | Case No. 3AN-25-_____ CI |

## DEMAND FOR JURY TRIAL

COMES NOW Chris Keen, by and through his above counsel of record, and hereby demands a trial by jury for all issues so triable.

DATED this ___17th___ day of July, 2025.

_Laura Eakes_
for Jeffrey J. Jarvi, ABA No. 9711063

_Laura Eakes_
Laura J. Eakes, ABA No. 0011072

DEMAND FOR JURY TRIAL
*Keen v. Municipality of Anchorage*, Case No. 3AN-25-_____ CI
Page 1 of 1